IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY SCOTT BEASLEY, #386715**                                                      **PLAINTIFF**

v.                                                                 CAUSE NO. 1:16CV1-LG-RHW

**LORI A. EHLERS, ELAINE EHLERS,**
**and VERNON EHLERS**                                                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby dismissed. The 42 U.S.C. § 1983 claim is dismissed with prejudice for failure to state a claim. The state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

**SO ORDERED AND ADJUDGED** this the 13th day of April, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE